## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| David Angel Sifuentes, III, | Case No. 24-cv-4464 (DWF/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Change Healthcare, | |
| Defendant. | |

The Court previously directed the Clerk of Court to seek waiver of service from defendant Change Healthcare, consistent with Rule 4(d) of the Federal Rules of Civil Procedure. More than 30 days have passed since waiver of service was requested but Change Healthcare has not yet signed and returned the waiver of service form. Accordingly, the Court now directs the U.S. Marshals Service to effect service of process upon Change Healthcare.

As the Court previously warned, if a defendant fails without good cause to sign and return a waiver within 30 days of the date that waiver is mailed, the Court will impose upon that defendant the expenses later incurred in making service. *See* Fed. R. Civ. P. 4(d)(2). Upon effecting service of process, the Court orders the U.S. Marshals Service to submit to the Court its reasonable expenses incurred in making service. Absent a showing of good cause in declining to waive service of process, the Court will order Change Healthcare to reimburse the U.S. Marshals Service for those expenses. Change Healthcare may avoid imposition of the costs of service through signing and returning the waiver before service of process is effected.

**SO ORDERED.**

2

Dated: June 18, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge